**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOWARD ACKERMAN, on his own behalf and on behalf of a class of those similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF NEVADA DEPARTMENT OF CORRECTIONS; BRIAN SANDOVAL, in his official and individual capacity; ROSS MILLER, in his official and individual capacity; CATHERINE CORTEZ-MASTO, in her official and individual capacity; JAMES COX, in his official and individual capacity,<br><br>　　　　　　　　Defendants. | Case No.: 2:11-cv-00883-GMN-PAL<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Expedite Decision on Motion for Class Certification (ECF No. 86) and Plaintiff's accompanying Motion to Shorten Time (ECF No. 87).

In these motions, Plaintiff requests the Court's ruling on the Motion for Class Certification (ECF No. 31) and to be heard at the hearing previously scheduled to occur at 10:00 a.m., March 12, 2012 (ECF No. 85), which was vacated by the Court (*see* ECF No. 89). On February 10, 2012, the Court stayed its ruling on the Motion for Class Certification pending an evidentiary hearing set for April 18, 2012. (*See* Order, February 10, 2012, ECF No. 64; Mins. of Proceedings, February 10, 2012, ECF No. 63.)

Having considered the arguments presented by Plaintiff in the motions, the Court finds no basis on which to grant the motions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Expedite Decision on Motion for

Class Certification (ECF No. 86) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Shorten Time (ECF No. 87) is **DENIED**.

**IT IS SO ORDERED** this 12th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge