ACKERMAN        CASE NO: 2:11-cv-00883-GMN-PAL;

VS.

DEPARTMENT OF CORRECTIONS

---

Ronell X. Williams #52785;

"OBJECTION'S TO PROPOSED SETTLEMENT AGREEMENT"

POINT ONE: I OBJECT TO THE AGREEMENT TO FILE POST SETTLEMENT COMPLAINT'S TO STATE COURT, RATHER TO THE FEDERAL COURT.

POINT TWO: THERE SHOULD BE A LIST OF WHICH STATE LAW'S THE PRISON (N.D.O.C) WILL USE TO ENFORCE THE SETTLEMENT AGREEMENT.

POINT THREE: I OBJECT TO NON BELIEVER'S HANDLING OUR FOOD. OUR FOOD (muslims + Jews) is NOW COMING TO US PRE-PACKAGED, SO "NO" hand's, SPIT, ETC. is CONTAMINATING THE FOOD. THE WAY THE COMMON FAIR WAS HANDED OUT IN THE PAST, INMATE'S, AND STAFF HAD PHYSICAL ACCESS TO THE FOOD TO CONTAMINATE IT, BECAUSE THEY WERE PREPARING THE FOOD. I PREFER THE PRE-PACKAGED—

KOSHER MEALS.

CLERK OF THE COURT
ATTN: ACKERMAN V. DEPARTMENT
OF CORRECTIONS,
2:11-CV-00883-GMN-PAL
LlOYD D. GEORGE U.S COURTHOUSE
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA-LAS VEGAS
333 LAS VEGAS BLVD. SOUTH.
LAS VEGAS, NV. 89101

RONELL X Williams #52785
Ronell X Will
H.D.S.P, P.O. BOX 650
Indian Springs, NV
89070

(2)



Ronell X. Williams #52785
H.D.S.P
P.O. Box 650
Indian Springs, NV 89070

Clerk of the Court

ATTN: Ackerman v. Department of
Corrections, 2:11-cv-00983-GMN-PAL
Lloyd D. George U.S. Courthouse
United States District Court
District of Nevada - Las Vegas
333 Las Vegas Blvd. South
Las Vegas, NV 89101