# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD ACKERMAN, et al., | Case No. 2:11-cv-00883-GMN-PAL |
| Plaintiffs, | **ORDER** |
| vs. | |
| STATE OF NEVADA DEPT. OF CORRECTIONS, et al., | |
| Defendants. | |

This matter is before the court on the court's review of the docket in this case. The Complaint (Dkt. #1) in this case was filed June 1, 2011. An Emergency Motion for a Temporary Restraining Order (Dkt. #4) and a Motion to Certify a Class (Dkt. #5) were also filed June 1, 2011. The district judge set the emergency motion for a temporary restraining order for hearing June 10, 2011. Minute Order in Chambers (Dkt. #7), entered June 2, 2011. The complaint and motion for a temporary protective order seek injunctive relief to prohibit the Nevada Department of Prisons from implementing a policy change that kosher diets are no longer to be provided to Jewish prisoners and prisoners of other religious faiths whose religion require them to keep kosher. Complaint (Dkt. #1) ¶ 1. The named Plaintiff, Howard Ackerman, is an Orthodox Jewish prisoner who is required to keep kosher as an essential tenet of his religion. *Id.* ¶ 2. He alleges the Department of Corrections actions violate his rights and the rights of putative class members under the Religious Land Use and Institutionalized Person Act ("RLUIPA"), 42 U.S.C. § 2000cc-1(a). *Id*.

This case has a lengthy and convoluted procedural history, which is thoroughly outlined in the district judge's Order (Dkt, #234), entered May 3, 2013. For purposes of this order, the court notes the following relevant procedural history. On May 2, 2013, the court approved a Stipulation (Dkt. #107) certifying a class action in this case. *See* Order on Stipulation (Dkt. #114). On July 26, 2012, the

parties filed a Joint Motion (Dkt. #137) requesting, among other things, that the court approve a notice of settlement and schedule a fairness hearing on a proposed settlement agreement. *See* Joint Motion (Dkt. #137); Motion to Amend (Dkt. #142). The court held a fairness hearing on the proposed settlement on October 11, 2012. After the hearing, the district judge entered an Order (Dkt. #234), which rejected the parties' proposed class action settlement agreement, dissolved the injunction issued by the court, and decertified the class, finding it was no longer justified. Plaintiff filed a Motion to Reconsider (Dkt. #235), which is currently pending before the district judge.

The district judge directed the parties to submit any requests to amend the Scheduling Order (Dkt. #99) by May 31, 2013. *See* Order (Dkt. #234). No party submitted any request. The deadlines in the court's Scheduling Order have all expired.

Having reviewed and considered the matter,

**IT IS ORDERED** that the parties shall file a joint pretrial order no later than **May 12, 2014.** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

Dated this 9th day of April, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE